UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Rosario, et al.,

                              Plaintiffs,

            -against-

Community Housing Management Corp., et al.,

                             Defendant.

----------------------------------------------------------------X

7:22-cv-09855-CS-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for November 1, 2023 at 12:30 pm. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the conference, the parties should be prepared to discuss the status of the case and the pending discovery disputes.

.

    **SO ORDERED.**

DATED:    White Plains, New York
                October 18, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge