```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

Rosario,

                              Plaintiffs,          **ORDER RE STATUS CONFERENCE**

         -against-                       7:22-cv-09855-CS-VR

Community Housing, et al.,

                             Defendant.

```
------------------------------------------------------------X
```

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 28, 2024 at 11 am.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **117 817 611 8** and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
               February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge